# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARLOS ERNESTO MARQUEZ,

    Petitioner,

vs.

WARDEN HUMPHRIES, *et al.*,

    Respondents.

3:10-cv-00125-LRH-RAM

ORDER

    This closed habeas case comes before the Court following upon a filing captioned for the state district court but filed under this docket number as a motion (#6) for speedy trial or dismissal of charges. This action is closed. To the extent that petitioner seeks relief from this Court, no such relief is available in this action for the reasons discussed in the order of dismissal and, further, because the action has been closed by a final judgment.

    IT THEREFORE IS ORDERED that the filing docketed as a motion (#6) for speedy trial or dismissal of charges is DENIED.

    This action has been and remains closed.

    DATED this 5th day of April, 2010.

                                                        LARRY R. HICKS
                                                        UNITED STATES DISTRICT JUDGE